UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

LAYA YELANA SIMPSON and
SINN DA TRUTH LLC,

        Plaintiffs,

v.                                                            Case No. 21-10877

JAMIL JACKSON and
MONTEZ LEWIS,

        Defendants.
_____/

**ORDER GRANTING DEFAULT JUDGMENT AS TO DEFENDANT JAMIL JACKSON**

This matter having come before the court on Plaintiffs' Motion for Default Judgment against Defendant Jamil Jackson, and for the reasons stated on the record on March 29, 2022,

IT IS ORDERED AND ADJUDGED that Judgment shall enter in favor of Plaintiffs and against Defendant Jamil Jackson in the amount of $125,000.00, inclusive of all costs, fees (including attorney fees), and interest.

                                                          s/Robert H. Cleland
                                                          ROBERT H. CLELAND
                                                          UNITED STATES DISTRICT JUDGE

Dated:  March 30, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 30, 2022, by electronic and/or ordinary mail.

                                                          s/Lisa G. Wagner
                                                          Case Manager and Deputy Clerk
                                                          (810) 292-6522