UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAYA SIMPSON, SINN DA TRUTH LLC,

      Plaintiff(s),                          CASE NUMBER: 21-CV-10877

v.                                        HON. ROBERT H. CLELAND

MONTEZ JACKSON,

      Defendant
_____/

### ORDER OF DISMISSAL FOR LACK OF PROGRESS

Upon review of the pleadings as filed in this matter, and notice to counsel;

**IT IS HEREBY ORDERED** that the above-entitled matter be **DISMISSED** for lack of progress as provided in Local Court Rule 41.2 for the Eastern District of Michigan and F.R. Civ. P.23(e).

                                                s/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated:  July 26, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 26, 2022, by electronic and/or ordinary mail.

                                                s/Lisa Wagner
                                                Case Manager and Deputy Clerk
                                                (810) 292-6522